UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO ALEJANDRO BULA ARMENTA,

Plaintiff,

v.

STEVE GORDON,

Defendant.

No.  2:25-cv-3719-DAD-CKD (PS)

ORDER

Plaintiff proceeds without counsel and seeks relief under 42 U.S.C. § 1983. This matter is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

Plaintiff filed the complaint on December 29, 2025, along with an *ex parte* motion for temporary restraining order. (ECF Nos. 1, 4, 5.) The court denied the motion for temporary restraining order on January 6, 2026. (ECF No. 8.)

On January 20, 2026, the sole named defendant answered the complaint. (ECF No. 10.) Accordingly, the parties shall meet, in person or by telephone, as required by Federal Rule of Civil Procedure 26, and file a Joint Status Report[1] for the purpose of the court's entry of a pretrial scheduling order.

---

[1] If it is not feasible for the parties to file a joint status report, they may file separate status reports.

1

Plaintiff's request for a request for court interpreter (ECF No. 4) is also before the court. Plaintiff requests a Spanish court interpreter for all hearings in this matter. Because no hearing is currently set in this case, the present request is denied without prejudice to renewal.

Plaintiff also seeks to participate in electronic case filing. (ECF No. 9) "[A]ny person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge." See E.D. Cal. L.R. 133(b)(2). Plaintiff does not provide good cause for deviance from the general procedure in the Local Rule at the present time. The request will be denied without prejudice. However, if plaintiff would like to receive immediate email notifications when documents are filed in this case instead of receiving service by mail, plaintiff may file such a request. Such a request should provide an email address and state plaintiff consents to receive service of documents electronically and waives the right to receive service by first class mail.

In accordance with the above, IT IS ORDERED as follows:

1. Plaintiff's request for court interpreter (ECF No. 4) is DENIED without prejudice;

2. Plaintiff's request to e-file (ECF No. 9) is DENIED without prejudice; and

3. Within 30 days from the date of this order, the parties shall meet, in person or by telephone, as required by Federal Rule of Civil Procedure 26. Within 7 days after the parties' Rule 26 meeting, the parties shall file a Joint Status Report for the purpose of the court's entry of a pretrial scheduling order. The joint status report shall address the relevant portions of Local Rule 240(a).

Dated:  January 26, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 bula25cv3719.ef.isc

2