UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO ALEJANDRO BULA ARMENTA,<br><br>Plaintiff,<br><br>v.<br><br>STEVE GORDON,<br><br>Defendant. | No.  2:25-cv-03719-DAD-CKD (PS)<br><br><br>ORDER REFERRING MOTION TO ASSIGNED MAGISTRATE JUDGE<br><br>(Doc. No. 15) |

Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending *pro se* motion for a temporary restraining order filed by plaintiff (Doc. No. 15) is hereby referred to United States Magistrate Judge Carolyn K. Delaney for issuance of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).

IT IS SO ORDERED.

Dated:  **March 9, 2026**                    _Dale A. Drozd_____
                                                              DALE A. DROZD
                                                              UNITED STATES DISTRICT JUDGE

1